**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN PHILLIPS,<br><br>  Defendant. | Case No. 2:23-cr-00217-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 10 |

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for March 18, 2024 at 10:00 a.m., be vacated and continued to April 8, 2024, at 11:00 a.m.

    DATED this 28th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE